United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 25-19300-SY

Edward Lavalle                                                                  Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                          Page 1 of 2

Date Rcvd: Apr 13, 2026                       Form ID: 318a                        Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Edward Lavalle, 10445 Allenby St, Riverside, CA 92505-1801 |
| 42858795 | + | Angel Columbus, 756 Avenida Abeja, San Marcos, CA 92069-7343 |
| 42858800 | #+ | Community Mortgage Funding, 3201 W Temple Ave, Pomona, CA 91768-3293 |
| 42975732 | + | Equitable, 100 Madison St Mail Drop 36-7, Syracuse NY 13202-2720 |
| 42858801 | | Farmer's Financial Solutions, 31051 Agoura Rd, Westlake Vlg, CA 91361-4608 |
| 42858806 | | Prenovost, Normandin, Dawe, & Rocha, 2122 N Broadway Ste 200, Santa Ana, CA 92706-2614 |
| 42975731 | | RingCentral, PO Box 734232, Dallas TX 75373-4232 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTAFREALY | Apr 14 2026 05:04:00 | Todd A. Frealy (TR), 3403 Tenth Street, Suite 709, Riverside, CA 92501-3641 |
| smg | | EDI: EDD.COM | Apr 14 2026 05:04:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Apr 14 2026 05:04:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Apr 14 2026 05:04:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42858794 | | EDI: GMACFS.COM | Apr 14 2026 05:04:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 42858796 | | EDI: CITICORP | Apr 14 2026 05:04:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42858797 | | EDI: CITICORP | Apr 14 2026 05:04:00 | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 42858798 | | EDI: CITICORP | Apr 14 2026 05:04:00 | Citibank / Macys, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 42858799 | | EDI: CITICORP | Apr 14 2026 05:04:00 | Citibank / The Home Depot, PO Box 7032, Sioux Falls, SD 57117-7032 |
| 42858802 | | Email/Text: lossmitigation@figfcu.org | Apr 14 2026 01:29:00 | Farmers Insurance FCU, PO Box 2723, Torrance, CA 90509-2723 |
| 42858803 | | EDI: CALTAX.COM | Apr 14 2026 05:04:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42858804 | | Email/Text: bankruptcy@lbsfcu.org | Apr 14 2026 01:29:00 | LBS Financial Credit Union, 5505 Garden Grove Blvd, Westminster, CA 92683-1892 |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Apr 13, 2026 | Form ID: 318a | Total Noticed: 24

| 42858805 | Email/Text: collections.bankruptcy@nuvisioncu.org | | |
| | | Apr 14 2026 01:30:00 | Nuvision Credit Union, 7812 Edinger Ave, Huntingtn Bch, CA 92647-3727 |
| 42858807 | EDI: SYNC | | |
| | | Apr 14 2026 05:04:00 | Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 42858808 | EDI: SYNC | | |
| | | Apr 14 2026 05:04:00 | Synchrony / eBay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 42858810 | Email/Text: bankruptcy@wcu.com | | |
| | | Apr 14 2026 01:28:00 | Workers Credit Union, 119 Russell St, Littleton, MA 01460-1240 |
| 42858809 | EDI: WFCCSBK | | |
| | | Apr 14 2026 05:04:00 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | |
| | on behalf of Creditor Ally Bank c/o AIS Portfolio Services  LLC amit.sharma@aisinfo.com |
| Benjamin Heston | |
| | on behalf of Debtor Edward Lavalle bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Chad L Butler | |
| | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Todd A. Frealy (TR) | |
| | taftrustee@lnbyb.com  taf@trustesolutions.net |
| United States Trustee (RS) | |
| | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edward Lavalle | Social Security number or ITIN   xxx–xx–9561 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Central District of California

Case number:   6:25–bk–19300–SY

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward Lavalle

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 4/13/26

**Dated:** 4/13/26

**By the court:**  Scott H. Yun
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

19/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc       **Order of Chapter 7 Discharge**               page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**